UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN RUSH, | ) | 3:15-CV-0331-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 23, 2016 |
| | ) | |
| DR. HOLMES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for enlargement of time (#27) is **GRANTED**.  Defendants shall file the report regarding the results of the ninety-day stay two days following the early mediation conference.

Plaintiff's motion for result of hearing on March 4, 2016 (#20) is **DENIED as moot**.  No hearing took place on March 4, 2016.

Plaintiff's motion for a settlement conference (#25) is **DENIED**.  Plaintiff has not served any defendant in this case.  Defendants have identified the male Correctional Nurse as **Nonilon Peret** at High Desert State Prison (#24).  If plaintiff wishes to name this party as a defendant, he shall file an amended complaint on or before **Friday, June 17, 2016**.  The Clerk of Court shall send to plaintiff the approved form for filing a § 1983 complaint, instructions for the same, a copy of his original complaint and the court's screening order (#7).  Plaintiff shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.  Plaintiff shall not include any claims that were previously dismissed by the court's screening order.

The Clerk shall ISSUE a summons for **Dr. James Holmes** and send the same to the U.S. Marshal with the address provided under seal (#12).  The Clerk shall also SEND a copy of the complaint (#8), a copy of the screening order (#7), and a copy of this order for service on the defendant.  The Clerk shall SEND to plaintiff one USM-285 form.  Plaintiff shall have until **Friday, June 17, 2016,** to complete the USM-285 service forms and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

The U.S. Marshal is ordered to attempt service on Dr. Holmes at least two additional times at his last known address at different times of the day during non-business hours.

**IT IS SO ORDERED.**

                                         LANCE S. WILSON, CLERK

                                         By: _____/s/_____
                                                     Deputy Clerk