AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____****_____DISTRICT OF___NEVADA_____

JOHN RUSH,

                Plaintiff,                         JUDGMENT IN A CIVIL CASE

    v.

                                       CASE NUMBER:  **3:15-cv-00331-MMD-VPC**

DOCTOR HOLMES, et al.,

                Defendant(s).

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an updated address in compliance with the Court's September 1, 2016 order.

October 12, 2016                                   **LANCE S. WILSON**
                                                Clerk

                                                /s/ K. Rusin
                                                Deputy Clerk